## BURK *v.* McMULLEN.

*Dec.* 22. This case was tried at Nisi Prius, before the late Mr. Justice Kennedy. A bill of exceptions was prepared and tendered, but the sealing thereof was delayed in consequence of the absence of the opposite counsel. The death of the Judge having prevented the completion of the bill,

*Ingraham* now moved the court to amend the defect, thereupon the Court ordered the judge's notes to be filed, on which, as on the charge to the jury, the proposed bill of exceptions was founded.